### ACH v STRUBLE

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 25, 1934

Louis J. Schneider, Prosecuting Attorney, Cincinnati, Walter M. Locke, Cincinnati, and Robert A. Ludeke, Cincinnati, for plaintiffs in error.

Roy L. Struble, Cincinnati, for defendant in error.

For full opinion see 49 Oh Ap 127.